**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| JAMES JOHNSON | CIVIL ACTION NO. 05-0394 |
| versus | JUDGE HICKS |
| AMERICAN WATER HEATER CO. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 24] is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 16th day of February, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE